# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131130 & (26)(28)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERRY YOUNG LANGFORD,
     Defendant-Appellant.

SC: 131130
COA: 263967
Berrien CC: 75-002022-FY

_____/

     On order of the Court, the motions to add issue and to amend are GRANTED. The application for leave to appeal the March 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

d1120